# UNITED STATES *v.* FREEMAN.

ERROR TO THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF COLORADO.

No. 288.    Argued December 16, 17, 1908.—Decided January 4, 1909.

Decided on the authority of *United States* v. *Biggs, ante,* p. 507.

THE facts are stated in the opinion.

*The Attorney General* and *The Solicitor General,* with whom *Mr. Edwin W. Lawrence,* Special Assistant to the Attorney General, was on the brief for the United States.[1]

*Mr. Charles J. Hughes* and *Mr. Clyde C. Dawson* for defendants in error.[1]

MR. JUSTICE WHITE delivered the opinion of the court.

In this case the court below quashed an indictment, and a writ of error direct from this court is prosecuted on behalf of the United States, upon the theory by which it prosecuted the writ in the case of *United States* v. *Biggs et al.,* No. 289, just decided.    The case presented by the record, omitting references to irrelevant distinctions in the form of the pleadings, is like that in the *Biggs case,* and is controlled and disposed of by the opinion just announced therein.

*Affirmed.*

---

[1] For abstracts of arguments see *ante,* p. 507.